# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2014

## NO. 03-14-00569-CV

**Mark Louis Nelson, Appellant**

**v.**

**Crystal Dawn Stark-Nelson, Appellee**

**APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on June 11, 2014. Appellant has

filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the

motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The

appellant shall pay all costs relating to this appeal, both in this Court and the court below.